# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>        Plaintiff,<br><br>  v.<br><br>SIX UNKNOWN AGENTS, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01167 AWI DLB PC<br><br>ORDER DISMISSING ACTION , WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |

      Plaintiff Young Yil Jo is a federal prisoner currently housed at the Big Spring Correctional Center in Big Spring, Texas.  To date, Plaintiff has filed almost two-hundred civil cases in this district.  The complaint in this action, filed on July 26, 2013, is rambling and incoherent, and fails to state any cognizable claims under federal law.  Ashcroft v. Iqbal, 556 U.S. 662, 677-78, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly,  550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007).  Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

      Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   August 1, 2013              _____
                                         SENIOR  DISTRICT  JUDGE